# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SHAWN BURKE,

               Respondent

        v.

KRISTI TRUESDELL,

               Petitioner

:  No. 105 WAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.